UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANNON HURD                                              CIVIL ACTION

versus                                                    NO. 09-3112

N. BURL CAIN                                              SECTION: "S" (1)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Shannon Hurd** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of September, 2009.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**